

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *Fax (414) 297-1738*
*Milwaukee WI 53202*     *www.justice.gov/usao/wie*

August 26, 2018

U.S. Magistrate David E. Jones
Federal Courthouse, Courtroom 254
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re:    *U.S. v. Ganos et al.*, 18-CR-00062 (PP-DEJ)

Dear Judge Jones:

      The parties in the above-captioned matter have agreed to a slight modification of the briefing schedule for pre-trial motions:

- Responses by the United States due on September 7, 2018 instead of September 3, 2018;
- Replies by the various defendants due on September 17, 2018 instead of September 12, 2018.

This modified schedule will still allow for briefing to be completed before the scheduled hearing date (September 20, 2018).

      Accordingly, the parties request that you enter an order reflecting the agreed upon briefing schedule.

      Sincerely,

      *s/ Zachary J. Corey*
      MATTHEW D. KRUEGER
      United States Attorney
      ZACHARY COREY
      Assistant United States Attorney
      Attorneys for Plaintiff
      Office of the United States Attorney
      Eastern District of Wisconsin
      517 E. Wisconsin Ave. Suite 530
      Milwaukee, Wisconsin 53202
      Tel: (414) 297-1700
      Fax: (414) 297-1738
      Email: Zachary.Corey@usdoj.gov