UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 18-CR-62

BRIAN L. GANOS,
MARK F. SPINDLER,
SONAG COMPANY, INC., and
NUVO CONSTRUCTION COMPANY, INC.,

    Defendants.

## UNITED STATES' MOTION TO QUASH SUBPOENAS DUCES TECUM

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorney Zachary Corey, hereby moves the Court pursuant to Federal Criminal Rule of Procedure 17(c)(2) to quash the subpoenas *duces tecum* served by Sonag Company, Inc. on the Wisconsin Department of Transportation and the Wisconsin Elections Commission. The State of Wisconsin has separately moved to quash the subpoenas. *See* Doc. 53. The United States hereby joins the State's motion. In support of this motion and the State's motion, the United States is filing a memorandum together with this filing.

Respectfully submitted this 6th day of September, 2018.

                                            *s/ Matthew D. Krueger*
                                            MATTHEW D. KRUEGER
                                            United States Attorney
                                            ZACHARY COREY
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
                                            Office of the United States Attorney
                                            Eastern District of Wisconsin

517 E. Wisconsin Ave. Suite 530
Milwaukee, Wisconsin 53202
Tel: (414) 297-1700
Fax: (414) 297-1738
Email: matthew.krueger@usdoj.gov