UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        *Plaintiff-Appellee*,

    *v.*

                                                  Case No. 18-CR-62 (PP-DEJ)

BRIAN L. GANOS, SONAG COMPANY, INC.,

        *Defendants-Appellants*.

## FED. R. APP. P. 26.1 DISCLOSURE STATEMENT

        The undersigned, counsel of record for Sonag Company, Inc., furnishes the following information in compliance with Rule 26.1, FED. R. APP. P.:

        1.      Counsel represents Sonag Company, Inc., a corporation, in this matter.

        2.      Brian L. Ganos, an individual, owns 100% of the stock in Sonag Company, Inc.

        3.      Dean A. Strang and John H. Bradley of StrangBradley, LLC will appear for Sonag Company, Inc.

        Dated at Madison, Wisconsin, March 14, 2019.

Respectfully submitted,

SONAG CO., INC., *Defendant-Appellant*


*/s/ Dean A. Strang*


Dean A. Strang
Wisconsin Bar No. 1009868

STRANGBRADLEY, LLC
33 East Main Street, Suite 400
Madison, Wisconsin 53703
[608] 535-1550
dean@strangbradley.com